UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19086
    DEBORAH A CAMPBELL
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5962

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/16/2007 and was confirmed 12/17/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  59.00%.

    The case was dismissed after confirmation 02/02/2009.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 997.44 | .00 | 997.44 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 875.46 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 170.52 | .00 | .00 |
| WORLDWIDE ASSET PURCHASI | UNSECURED | 217.18 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2458.24 | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CACH | UNSECURED | 699.11 | .00 | .00 |
| FIRST NATIONAL BANK OF M | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | FILED LATE | 770.55 | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | NOT FILED | .00 | .00 |
| NCO FIN/99 | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION INC | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION LLC | UNSECURED | NOT FILED | .00 | .00 |
| SBC | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT BANKRUPTCY | UNSECURED | 855.05 | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| DEUTSCHE BANK NATIONAL T | NOTICE ONLY | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 639.44 | .00 | .00 |
| FELD & KORRUB LLC | DEBTOR ATTY | 3,000.00 | | 3,000.00 |
| TOM VAUGHN | TRUSTEE | | | 322.56 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------------
| TRUSTEE | 4,320.00 | |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 19086 DEBORAH A CAMPBELL

```
PRIORITY                                              .00
SECURED                                            997.44
UNSECURED                                             .00
ADMINISTRATIVE                                   3,000.00
TRUSTEE COMPENSATION                               322.56
DEBTOR REFUND                                         .00
                        ---------------   ---------------
TOTALS                        4,320.00          4,320.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE